# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cr-00133-APG-VCF |
| RENEA BARNES, | **ORDER** |
| Defendant. | |

Before the court is Defendant Renea Barnes's Motion to Modify Release Conditions (ECF NO. 116).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Renea Barnes's Motion to Modify Release Conditions (ECF NO. 116) is scheduled for 9:30 AM, August 8, 2019, in Courtroom 3D.

DATED this 30th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE