| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 13644 |
| 3 | KEVIN D. SCHIFF |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | PHONE: (702) 388-6336 |
| | FAX: (702) 388-5087 |
| 6 | Kevin.Schiff@usdoj.gov |
| | *Attorneys of the United States* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Release Conditions Hearing** |
| vs. | **(first request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Mace Yampolsky, Esq., counsel for defendant Barnes;

That the hearing on Release Conditions currently scheduled for August 8, 2019 at 9:30a.m. be vacated and continued to the following week at date and time convenient to the Court. Counsel for the Government will be out of the District August 5th through August 8th, and Counsel for Barnes is in trial in another matter and unavailable for the current setting. Further, pre-trial services has informed that additional time will be needed to

complete needed paperwork and arrange transportation should Barnes be ordered into in-patient treatment.

DATED this 5th day of August, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

/s/ *Mace Yampolsky*
Mace Yampolsky, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Hearing on Release Conditions**<br><br>(first request) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS ORDERED that the Hearing on Release Conditions currently scheduled for August 8, 2019 at 9:30 a.m. be vacated and continued to August 12, 2019 at the hour of 11:00 am, Courtroom 3D.

IT IS SO ORDERED

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 8-6-2019