NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(first request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for April 2, 2020, be vacated and continued for a period of not less than 180 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. This is the first request for continuance.

DATED this 24th day of February, 2020.

                                            NICHOLAS A. TRUTANICH
                                            United States Attorney

                                            */s/ Kevin Schiff*
                                            Kevin D. Schiff
                                            Assistant United States Attorney

                                            */s/ Mace Yampolsky*
                                            Mace Yampolsky, Esq.
                                            Counsel for Defendant

|    |                                            |                               |
|----|--------------------------------------------|-------------------------------|
|  1 | **UNITED STATES DISTRICT COURT**           |                               |
|    | **DISTRICT OF NEVADA**                     |                               |

| UNITED STATES OF AMERICA | 2:19-cr-00133-APG-VCF |
|---|---|
| Plaintiff, | **Order to Continue Sentencing** |
| vs. | **(first request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to work on, and gather material relating to sentencing;

4. This is the first request for continuance.

## II. Order

It is ordered the sentencing currently scheduled for April 2, 2020, be vacated and continued to October 6, 2020, at the hour of 9:30 a.m. in Courtroom 6C.

IT IS SO ORDERED

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2020