NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RENEA BARNES (9),<br>　aka "Renea Valdez,"<br><br>　　　　　Defendant. | 2:19-cr-00133-APG-VCF<br><br>**Stipulation to Continue Sentencing**<br><br>**(second request)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for October 6, 2020, be vacated and continued for a period of not less than 180 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. This is the second request for continuance.

DATED this 29th day of September, 2020.

                              NICHOLAS A. TRUTANICH
                              United States Attorney

                              */s/ Kevin Schiff*
                              Kevin D. Schiff
                              Assistant United States Attorney

                              */s/ Mace Yampolsky*
                              Mace Yampolsky, Esq.
                              Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Sentencing**<br><br>**(second request)** |

### I.   Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to work on, and gather material relating to sentencing;

4. This is the second request for continuance.

### II.   Order

It is ordered the sentencing currently scheduled for October 6, 2020, be vacated and continued to April 13, 2021, at the hour of 9:30 a.m. in courtroom 6C.

IT IS SO ORDERED

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2020