CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br> aka "Renea Valdez,"<br><br>Defendant. | 2:19-cr-00133-APG-VCF<br><br>**Stipulation to Continue Sentencing**<br><br>**(third request)** |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for April 13, 2021, be vacated and continued for a period of not less than 180 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. This is the third request for continuance.

DATED this 6th day of April, 2021.

        CHRISTOPHER CHIOU
        United States Attorney

        */s/ Kevin Schiff*
        Kevin D. Schiff
        Assistant United States Attorney

        */s/ Mace Yampolsky*
        Mace Yampolsky, Esq.
        Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Sentencing**<br><br>**(second request)** |

### I.   Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to work on, and gather material relating to sentencing;

4. This is the second request for continuance.

### II.   Order

It is ordered the sentencing currently scheduled for April 13, 2021, be vacated and continued to November 9, 2021 at the hour of 9:00 a.m. in courtroom 6C.

IT IS SO ORDERED

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: April 7, 2021