CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
melanee.smith@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(Fourth Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Melanee Smith, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for November 9, 2021, be vacated and continued for a period of not less than 90 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

///

///

///

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. This is the fourth request for continuance.

DATED this 2nd day of November 2021.

                                      CHRISTOPHER CHIOU
                                      United States Attorney

                                      */s/ Melanee Smith*
                                      Melanee Smith
                                      Assistant United States Attorney

                                      */s/ Mace Yampolsky*
                                      Mace Yampolsky, Esq.
                                      Counsel for Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Order to Continue Sentencing** |
| vs. | **(Fourth Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

### I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to work on, and gather material, relating to sentencing;

4. This is the second request for continuance.

### II. Order

It is ordered the sentencing currently scheduled for November 9, 2021, be vacated and continued to <u>February 15, 2022</u>, at <u>9:00 a.m</u>. in Courtroom 6C.

IT IS SO ORDERED.

Dated:  November 3, 2021

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE