CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
melanee.smith@usdoj.gov
*Attorneys of the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(Fifth Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Melanee Smith, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for February 15, 2022, be vacated and continued for a period of not less than 60 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. The defendant was recently released from the hospital after being diagnosed with pneumonia and is still recovering. The parties would like for the defendant's health to improve prior to sentencing.

5. This is the fifth request for continuance.

DATED this 11th day of February 2022.

CHRISTOPHER CHIOU  
United States Attorney

*/s/ Melanee Smith*  
Melanee Smith  
Assistant United States Attorney


*/s/ Mace Yampolsky*  
Mace Yampolsky, Esq.  
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Order to Continue Sentencing** |
| vs. | **(Fifth Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. The defendant was recently released from the hospital after being diagnosed with pneumonia and is still recovering. The parties would like for the defendant's health to improve prior to sentencing.

5. This is the fifth request for continuance.

///

///

///

///

///

**II. Order**

It is ordered the sentencing currently scheduled for February 15, 2022, be vacated and continued to _____April 19_____, 2022, at the hour of __10:30__ . _a_ m.

IT IS SO ORDERED.

Dated: February _14_, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE