YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777
*Attorney for Defendant Barnes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENEA BARNES (9), <br> aka "Renea Valdez," <br><br> Defendant. | Case No. 2:19-cr-00133-APG-VCF <br><br> **Stipulation to Continue Sentencing** <br><br> **(Sixth Request)** |

  It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Melanee Smith, Assistant United States Attorney, counsel for the United States of America and Mace Yampolksy, Esq., counsel for defendant Renea Barnes;

  That the sentencing scheduled in this matter for April 19, 2022, be vacated and continued for a period of not less than 30 days. This stipulation is entered into for the following reasons:

  1. The parties agree to the continuance;

  2. Defendant is currently out of custody and does not object to the continuance;

  3. The parties are continuing to work on, and gather materials relating to sentencing;

  4. Counsel is scheduled to attend a settlement conference on a multi-defendant murder case on April 19, 2022, at the hour of 10:00 a.m., in the matter of the *State of Nevada*

*v. Frederick Douglas*, Case No. C-20-350501-2, and this is the only day and time that the Honorable Linda Bell is available to conduct the conference.

     5.    This is the sixth request for continuance.

DATED this 24th day of March, 2022.

                      CHRISTOPHER CHIOU
                      United States Attorney

                      */s/ Melanee Smith*
                      Melanee Smith
                      Assistant United States Attorney

                      */s/ Mace Yampolsky*
                      Mace Yampolsky, Esq.
                      Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Sentencing**<br><br>**(Fifth Request)** |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. The parties are continuing to work on, and gather materials relating to sentencing;

4. Counsel is scheduled to attend a settlement conference on a multi-defendant murder case on April 19, 2022, at the hour of 10:00 a.m., in the matter of the *State of Nevada v. Frederick Douglas*, Case No. C-20-350501-2, and this is the only day and time that the Honorable Linda Bell is available to conduct the conference.

5. This is the sixth request for continuance.

///

///

///

///

## II. Order

It is ordered the sentencing currently scheduled for April 19, 2022, be vacated and continued to May 16, 2022, at the hour of 9:30 am. in courtroom 6C.

IT IS SO ORDERED.

DATED this 28th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

4