CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
melanee.smith@usdoj.gov
*Attorneys of the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(Seventh Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Melanee Smith, Assistant United States Attorney, counsel for the United States of America and Mace Yampolsky, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for May 16, 2022, be vacated and continued for a period of not less than 90 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

///

///

///

3. The parties are continuing to gather materials and information relating to sentencing;

4. This is the seventh request for continuance.

DATED this 3rd day of May 2022.

CHRISTOPHER CHIOU
United States Attorney

*/s/ Melanee Smith*
Melanee Smith
Assistant United States Attorney

*/s/ Mace Yampolsky*
Mace Yampolsky, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Sentencing**<br><br>**(Seventh Request)** |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to gather material and information relating to sentencing;

4. This is the seventh request for continuance.

## II. Order

It is ordered the sentencing currently scheduled for May 16, 2022, be vacated and continued to August 18, 2022, at the hour of 10:00 a.m. in LV Courtroom 6C

IT IS SO ORDERED

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED:  May 4, 2022

3