JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
melanee.smith@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(Eighth Request)** |
| RENEA BARNES (9), aka "Renea Valdez," | |
| Defendant. | |

It is stipulated and agreed, by and between Jason M. Frierson, United States Attorney, Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Mace Yampolsky, Esq., counsel for defendant Renea Barnes;

That the sentencing scheduled in this matter for August 18, 2022, be vacated and continued for a period of not less than 60 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

///

///

///

3. The parties are continuing to gather materials and information relating to sentencing;

4. This is the eighth request for continuance.

DATED this 16th day of August 2022.

JASON M. FRIERSON
United States Attorney

/s/ Melanee Smith
Melanee Smith
Assistant United States Attorney

/s/ Mace Yampolsky
Mace Yampolsky, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENEA BARNES (9),<br>aka "Renea Valdez,"<br><br>Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>**Order to Continue Sentencing**<br><br>**(Eighth Request)** |

## I.   Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance:

3. The parties are continuing to gather material and information relating to sentencing;

4. This is the eighth request for continuance.

## II.   Order

It is ordered the sentencing currently scheduled for August 18, 2022, be vacated and continued to November 3, 2022, at the hour of 9:00 a.m. in Courtroom 6C.

DATED: August 17, 2022            IT IS SO ORDERED

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE