YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777
*Attorney for Defendant Barnes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Renea Barnes (9),<br>aka "Renea Valdez,"<br><br>Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>**MOTION TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST** |

Renea Barnes, by and through his counsel of record hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List.

DATED this 30th day of November, 2022.

YAMPOLSKY & MARGOLIS

/s/ *Mace Yampolsky*
Mace Yampolsky, Esq.
Counsel for Defendant

IT IS HEREBY ORDERED that the motion to withdraw is GRANTED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-19-2022