UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>RENEA BARNES,<br><br>           Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[ECF No. 422] |

On March 6, 2024, defendant Renea Barnes filed a pro se motion for compassionate release.  Pursuant to this district's General Order 2020-06, the Federal Public Defender (FPD) was automatically appointed to determine Ms. Barnes' eligibility to file a motion for compassionate release.  The FPD has determined that a prohibitive conflict requires the FPD to decline representation of Ms. Barnes.  The FPD thus moves for appointment of other counsel.  ECF No. 422.  I have reviewed Ms. Barnes' motion for compassionate release.  She sufficiently articulates her position and arguments.  At this time, there is no need for appointment of counsel to represent her.  Should the circumstances change, she may file a new motion for appointment of counsel.

I THEREFORE ORDER that the motion for appointment of counsel (ECF No. 422) is denied without prejudice to seek counsel should circumstances change.

I FURTHER ORDER that the United States Attorney's Office must file a response to Ms. Barnes' motion for compassionate release by March 16, 2023.

DATED THIS 9th day of March, 2023.

                                                Andrew P. Gordon<br>
                                              UNITED STATES DISTRICT JUDGE