# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br>RENEA BARNES,<br>　　　　　　Defendant. | Case No. 2:19-cr-00133-APG-VCF<br><br>**ORDER**<br><br>[ECF No. 438] |

　　　　Defendant Renea Barnes submitted a letter (which I will treat as a motion) "respectfully asking if [I] would consider requesting that [she] receive additional halfway house time." ECF No. 438. I presume she wants me to recommend an early transfer from prison to a residential reentry center. Decisions about the location and nature of custody (including early placement at a halfway house) are delegated to the Bureau of Prisons (BoP). Thus, I have no authority to make such a request. If the BoP feels Ms. Barnes is a good candidate for additional time in a halfway house, I do not object.

　　　　I THEREFORE DENY Ms. Barnes' motion (ECF No. 438), but I do not oppose the Bureau of Prisons granting such relief.

　　　　DATED THIS 10th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE